# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Bizness as Usual, Inc., | : | Chapter 11 |
| | : | |
| | : | Case No. 25-10551 (PMM) |
| | : | |
| Debtor. | : | |

## ORDER TO SHOW CAUSE

**AND NOW,** upon consideration of the Debtor's Motion to Extend time to File a Plan of Reorganization (doc. #36, the "Motion");

BUT the Debtor having failed to file a Certificate of Service regarding the "Motion," see Local Rule 9014-2(d) and (e);

It is therefore hereby **ORDERED**, that the Debtor **SHALL APPEAR** for a hearing on **Wednesday, July 16, 2025 at 9:30 a.m. in Bankruptcy Courtroom No. 1, U.S. Courthouse, 900 Market Street, 2d Floor, Philadelphia, PA 19107** and **show cause** why the Motion should not be **denied** for failure to prosecute.

Date:  6/26/25

_Patricia M. Mayer_
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**